IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DENISE BAKER,                     6:12-CV-01859-ST

       Plaintiff,              ORDER

v.

CAROLYN W. COLVIN, Acting
Commissioner, Social Security
Administration,[1]

       Defendant.


**RORY JOSEPH LINERUD**
Linerud Law Firm
P.O. Box 1105
Salem, OR 97308-1105
(503) 587-8776

       Attorneys for Plaintiff

**S. AMANDA MARSHALL**
United States Attorney
**ADRIAN L. BROWN**
Assistant United States Attorney

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as Defendant in this case. No further action need be taken to continue this case by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405.

1 - ORDER

1000 S.W. Third Avenue, Suite 600
Portland, OR  97204-2902

**DAVID MORADO**
Regional Chief Counsel
**LEISA A. WOLF**
**L. JAMALA EDWARDS**
Assistant Regional Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900, M/S 221A
Seattle, WA 98104
(206) 615-3621
(206) 615-2531

            Attorneys for Defendant

**BROWN, Judge.**

    Magistrate Judge Janice M. Stewart issued Findings and Recommendation (#26) on March 10, 2014, in which she recommends this Court affirm the Commissioner's decision denying Plaintiff's application for Disability Insurance benefits under Title II of the Social Security Act, 42 U.S.C. §§ 401-33.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *See also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(en banc). Having reviewed the legal principles *de novo*, the Court does not find any error.

2 - ORDER

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Stewart's Findings and Recommendation (#26). Accordingly, the court **AFFIRMS** the Commissioner's final decision and **DISMISSES** this matter.

IT IS SO ORDERED.

DATED this 9th day of April, 2014.

_____
ANNA J. BROWN
United States District Judge

3 - ORDER